UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | No. 3:10-00260 |
| v. ) | William J. Haynes, Jr. |
| ) | Chief Judge, U.S. District Court |
| ) | |
| ABDIGADIR AHMED KHALIF ) | |

ABDIGADIR KHALIF'S MOTION TO WAIVE APPEARANCE AT DEPOSITION OF ABDULLAH FARAH a/k/a GRAY GOOSE

Defendant Abdigadir Khalif, through counsel, respectfully requests that this Honorable Court excuse his presence at the deposition of Abdullah Farah a/k/a Gray Goose, scheduled for Wednesday, September 12, 2012. In support of this motion, counsel and Mr. Khalif state as follows:

1. Mr. Khalif is on pretrial release and resides in Minneapolis, Minnesota. Mr. Khalif is indigent, and travel to Nashville, Tennessee, for this deposition, would be very expensive.

2. It is anticipated that the deponent, Abdullah Farah, will refuse to testify. Thus, requiring Mr. Khalif to incur the travel expense from Minnesota to be present for this deposition will create an undue hardship on Mr. Khalif and cause him to incur unnecessary expenses under these circumstances.